# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, THE STATES OF ARKANSAS, CALIFORNIA, COLORADO, CONNECTICUT, DELAWARE, THE DISTRICT OF COLUMBIA, FLORIDA, GEORGIA, HAWAII, ILLINOIS, INDIANA, IOWA, LOUISIANA, MARYLAND, MASSACHUSETTS, MICHIGAN, MINNESOTA, MISSOURI, MONTANA, NEVADA, NEW JERSEY, NEW MEXICO, NEW YORK, NORTH CAROLINA, OKLAHOMA, RHODE ISLAND, TENNESSEE, TEXAS, VERMONT, VIRGINIA, AND WASHINGTON ex rel. NARESHA MOORE AND BEATA DAMAVANDI, <br><br> Plaintiffs, <br><br> v. <br><br> REGENERON PHARMACEUTICALS, INC., REGENERON HEALTHCARE SOLUTIONS, INC., and SANOFI AVENTIS US, LLC, <br><br> Defendants. | Case No. 2:18-CV-09368-JWH-MRW <br><br> **ORDER GRANTING EX PARTE APPLICATION FOR LEAVE TO FILE RESPONSE TO DEFENDANTS' NOTICES OF SUPPLEMENTAL AUTHORITIES** <br><br> Hon. John W. Holcomb |

ORDER GRANTING PLAINTIFF-RELATORS' EX PARTE APPLICATION
*United States of America et al v. Regeneron Pharmaceuticals, Inc. et al*,
Case No. 2:18-cv-09368-JWH-MRW

Having reviewed Plaintiff-Relators' *ex parte* Application For Leave to File Response to Defendants' Notices of Supplemental Authorities (Dkts. 115-16), and good cause appearing therefore, the Court hereby **ORDERS** as follows:

1. The *ex parte* Application is **GRANTED**.

2. Plaintiff-Relators shall file a single response to Defendants' Notices of Supplemental Authorities no later than four days after the Date of this Order.

3. Plaintiff-Relators' response shall not exceed four pages.

**IT IS SO ORDERED.**

Dated: June 28, 2023

By: _____
HONORABLE JOHN W. HOLCOMB
UNITED STATES DISTRICT JUDGE

2

ORDER GRANTING PLAINTIFF-RELATORS' EX PARTE APPLICATION
*United States of America et al v. Regeneron Pharmaceuticals, Inc. et al,*
Case No. 2:18-cv-09368-JWH-MRW