JS-6

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, *ex rel.* NARESHA MOORE and BEATA DAMAVANDI,<br><br>Plaintiffs,<br><br>v.<br><br>REGENERON PHARMACEUTICALS, INC., REGENERON HEALTHCARE SOLUTIONS, INC. and SANOFI AVENTIS US, LLC,<br><br>Defendants. | Case No. 2:18-cv-09368-JWH-MRWx<br><br>**JUDGMENT** |

Pursuant to the "Order Declining to Exercise Supplemental Jurisdiction and Dismissing Case" filed substantially contemporaneously herewith,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1. This Court originally possessed subject matter jurisdiction over the above-captioned action pursuant to 28 U.S.C. §§ 1331 (federal question) & 1367 (supplemental jurisdiction).

2. The Court previously dismissed all claims asserted by Plaintiffs against Defendants Regeneron Pharmaceuticals, Inc.; Regeneron Healthcare Solutions, Inc.; and Sanofi Aventis US, LLC (collectively, "<u>Defendants</u>") that arise under federal law.

3. The Court declines to exercise supplemental jurisdiction over the claims asserted by Plaintiffs against Defendants that arise under state law.

4. Accordingly, this action is **DISMISSED** for lack of subject matter jurisdiction.

5. Other than potential post-judgment remedies (including those provided in Rule 54(d) of the Federal Rules of Civil Procedure), to the extent that any party requests any other form of relief, such request is **DENIED**.

**IT IS SO ORDERED.**

Dated: August 15, 2024

John W. Holcomb
UNITED STATES DISTRICT JUDGE